# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WEDDLE,<br><br>         Plaintiff,<br>vs.<br><br>BAYER AG CORPORATION, et al.,<br><br>         Defendant. | CASE NO. 11CV817 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT**<br><br>(ECF No. 54) |

   The Court has considered the parties' joint motion to dismiss all claims in the first amended complaint against Defendants Bayer Healthcare, LLC and Athlon Sports Communication, Inc. with prejudice. Good cause appearing, the parties' joint motion is **GRANTED**.

   Accordingly, it is **HEREBY ORDERED** that all claims in the first amended complaint against Defendants Bayer Healthcare, LLC and Athlon Sports Communications, Inc. are **DISMISSED WITH PREJUDICE**, each side to bear its own costs and fees. The clerk shall close the file.

   **IT IS SO ORDERED**.

DATED: May 10, 2012

                    _Janis L. Sammartino_
                    Honorable Janis L. Sammartino
                    United States District Judge